State Court of Fulton County
\*\*\*EFILED\*\*\*
File & ServeXpress
Transaction ID: 56612655
Date: Jan 15 2015 03:41PM
Cicely Barber, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

KIARA BAXSTRUM

Plaintiff,

v.

WALMART STORES EAST, LP

Defendant.

CIVIL ACTION FILE NO.: 15EV000093A

## COMPLAINT FOR PERSONAL INJURIES

Comes now Plaintiff and shows the following facts as cause for Complaint:

1. Defendant Walmart Stores East, LP owns and/or operates and/or maintains the Wal-Mart Store #3401 located at 6149 Old National Highway, College Park, GA 30349, Fulton County. Its managing agent or registered agents who may be served with process are Corporation Process Company 2180 Satellite Blvd, GA 30097. Defendant is subject to the jurisdiction of this court.

2. Plaintiff was injured on or about August 30, 2014, when Plaintiff slipped on a wet floor while walking into the Wal-Mart store, which is owned, maintained, and or operated by the Defendant.

3. Defendant was negligent in failing to maintain and keep its premises in a condition safe for the use of its guests and negligent in its failure to inform its guests of dangerous conditions existing on Defendant's premises.

4. As a proximate result of Defendant's negligence, Plaintiff suffered injuries.

5. Plaintiff has incurred medical bills and will incur future medical bills due to said injuries.

6. Plaintiff has lost income and will incur additional lost income or loss of earnings in the future due to said injuries.

7. Plaintiff has endured great pain and suffering due to said injuries caused by Defendant's negligence.

8. Plaintiff has endured great emotional distress and mental anxiety because of the damages caused by Defendant's negligence.

9. Plaintiff has suffered interference with enjoyment of life because of damages caused by Defendant's negligence.

WHEREFORE, Plaintiff demands judgment in excess of $15,000 plus costs and interest as provided by law and such other relief as the court deems equitable and just in the matter.

Submitted 15th day of January, 2015

ATLANTA TRIAL LAWYERS GROUP
AT JAFFE LAW CENTER, LLC.

/s/ Katherine N. Franke
Katherine Franke  Ga Bar No. 971805
Shari Morris Ga Bar No. 997039
Adam S. Jaffe  Ga Bar No. 388760

Mailing Address
4060 Peachtree Rd., Suite D355
Atlanta, Georgia 30319

Street Address:
3776 Clairmont Road
Atlanta, Georgia 30341
Tel: (770) 274-2700 Fax: (770) 274-2777
Atlanta, GA 30341
(770) 274-2700

Attorney for Plaintiff(s)

State Court of Fulton County
\*\*\*EFILED\*\*\*
File & ServeXpress
Transaction ID: 56612655
Date: Jan 15 2015 03:41PM
Cicely Barber, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| KIARA BAXSTRUM<br><br>Plaintiff,<br><br>v.<br><br>WALMART STORES EAST, LP<br><br>Defendant. | CIVIL ACTION<br>FILE NO.: 15EV000093A |

### RULE 5.2 CERTIFICATE

I hereby certify that I have this day served a copy of PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS, FIRST INTERROGATORIES, AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT WALMART STORES EAST, LP and upon opposing counsel and any pro se parties <u>by serving with the complaint</u>.

Submitted 15th day of January, 2015

ATLANTA TRIAL LAWYERS GROUP
AT JAFFE LAW CENTER, LLC.

/s/ Katherine N. Franke
Katherine Franke  Ga Bar No. 971805
Shari Morris  Ga Bar No. 997039
Adam S. Jaffe  Ga Bar No. 388760

Mailing Address
4060 Peachtree Rd., Suite D355
Atlanta, Georgia 30319

Street Address:
3776 Clairmont Road
Atlanta, Georgia 30341
Tel: (770) 274-2700 Fax: (770) 274-2777
Atlanta, GA 30341
(770) 274-2700

Attorney for Plaintiff(s)

Civil Action No. 15EV000093A

Date Filed 1-15-15

Atlanta Trial Lawyers Group
3776 Clairmont Road
Atlanta, GA 30341
(770) 274-2700

Summons, Complaint, Interrogatories, Admissions, Request for Documents

Name and Address of party to be served:

Walmart Stores East, LP
C/o Corporation Process Company
2180 Satellite Blvd
Duluth, GA 30097

Magistrate Court ☐
Superior Court ☐
State Court ☒

Georgia, Fulton County

Kiara Boxstrom

_____ Plaintiff

vs.

Walmart Stores East, LP

_____ Defendant

_____ Garnishee

55032

## Sheriff's Entry of Service

**Personal** ☐
I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows: age _____, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☒
Served the defendant Walmart Stores East LP a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United State Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place state in the summons.

**Non Est** ☐
Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20___.

_____ Deputy

Sheriff Docket _____ Page _____ Georgia, _____ County

WHITE: Clerk        CANARY: Plaintiff/Attorney        PINK: Defendant

SC-2 Rev.8.14

State Court of Fulton County
***EFILED***
File & ServeXpress
Transaction ID: 56612655
Date: Jan 15 2015 03:41PM
Cicely Barber, Clerk
*** NON-DESIGNATED E-FILE CASE – ANSWER AND ALL PLEADINGS MUST BE E-FILED ****

15EV000934

GEORGIA, FULTON COUNTY

STATE COURT OF FULTON COUNTY
Civil Division

CIVIL ACTION FILE NO. _____

CONTACT THE COURT AT 404.613.5040 AND LEXISNEXIS CUSTOMER SUPPORT AT 1.888.529.7587

Plaintiff's Name, Address, City, State, Zip Code:
Kiara Boxstrum
3301 North Camp Creek Pkwy, Apt C3
Atlanta, GA 30331

vs.

Defendant's Name, Address, City, State, Zip Code:
Walmart Stores East, LP
C/o Corporation Process Company
2180 Satellite Blvd, Duluth, GA 30097

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $ |
| [✓] TORT | |
| [✓] PERSONAL INJURY | ATTY. FEES $ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ |
| [ ] SPECIAL LIEN | |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Atlanta Trial Lawyers Group
Address: 3776 Clairmont Road
City, State, Zip Code: Atlanta, GA 30341     Phone No.: 770-274-2700

An answer to the complaint which is herewith served on you, within thirty (30) days after service on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. DEFENSE MAY BE MADE & JURY TRIAL DEMANDED, via electronic filing through LexisNexis or, if desired, at the e-filing public access terminal in the Clerk's Office at 185 Central Ave., S.W., Room TG100, Atlanta, GA 30303.

This _____    Cicely Barber, Chief Clerk (electronic signature)

If the sum claimed in the suit, or value of the property sued for, is $300.00 or more Principal, the defendant must admit or deny the paragraphs of plaintiff's petition by making written Answer. Such paragraphs undenied will be taken as true. If the plaintiff's petition is sworn to, or if suit is based on an unconditional contract in writing, then the defendant's answer must be sworn to.

If the principal sum claimed in the suit, or value of the property sued for, is less than $300.00, and is on a note, unconditional contract, account sworn to, or the petition sworn to, defense must be made by filing a sworn answer setting up the facts relied on as a defense.

### SERVICE INFORMATION:
Served, this _____ day of _____, 20 _____.
_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

### WRITE VERDICT HERE:
We, the jury, find for _____

This _____ day of _____, 20 _____.    _____ Foreperson

(STAPLE TO FRONT OF COMPLAINT)